UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE VERIZON COMMUNICATIONS INC. SHAREHOLDER DERIVATIVE LITIGATION, | Civil Action No. 1:23-cv-21123-ESK-MJS<br><br>(Consolidated with Civil Action Nos. 3:23-cv-23071, 3:24-cv-00132, and 3:24-cv-00272) |

**STIPULATION AND ORDER STAYING ACTION**

Plaintiffs Andrew Jankowski, Courtney Moore, Gerry Gabel, and Janis Turner ("Plaintiffs"), Defendants Hans Vestberg, Matthew Ellis, Clarence Otis, Jr., Shellye L. Archambeau, Roxanne S. Austin, Mark T. Bertolini, Vittorio Colao, Melanie L. Healey, Laxman Narasimhan, Daniel H. Schulman, Rodney E. Slater, Carol B. Tomé, Gregory G. Weaver, Lowell C. McAdam, Richard Carrión, Frances Keeth, and Kathryn Tesija ("Individual Defendants"), and Defendant Verizon Communications Inc. (the "Company" or "Verizon") (collectively, "Defendants") jointly submit this Stipulation and [Proposed] Order Staying Action ("Stipulation") and in support thereof state as follows:

WHEREAS, on August 18, 2023, a purported shareholder of Verizon filed a putative securities class action in the United States District Court for the District of New Jersey against Verizon and certain of its executive officers, captioned *General Retirement System of the City of Detroit v. Verizon Communications, Inc., et al.*, Case No. 3:23-cv-05218 (the "*General Retirement System* Action"), alleging that the defendants had violated certain sections of the Securities Exchange Act of 1934 in connection with statements relating to the Company's legacy lead-sheathed cables;

WHEREAS, on October 12, 2023, December 13, 2023, January 9, 2024, and January 17, 2024, Plaintiffs, respectively, initiated shareholder derivative actions on behalf of Verizon;

WHEREAS, on January 12, 2024, the plaintiff in the *General Retirement System* Action filed an amended complaint;

WHEREAS, on March 11, 2024, Judge Robert Kirsch entered the Stipulation and Order Consolidating Related Shareholder Derivative Actions and Appointing Lead Counsel (Dkt. No. 30);

WHEREAS, on March 28, 2024, this Consolidated Action was reassigned to Judge Edward S. Kiel and Magistrate Judge Matthew J. Skahill;

WHEREAS, the parties in the *General Retirement System* Action have agreed upon a briefing schedule, and briefing on the defendants' motion to dismiss the *General Retirement System* Action is expected to be complete by June 2024;

WHEREAS, there are currently several derivative actions filed by purported Verizon shareholders pending in New York Supreme Court, New York County styled as *Govoni v. Vestberg, et al.*, Index No. 162126/2023, *Urciuoli v. Vestberg, et. al.*, Index No. 650730/2024, and *Roy v. Vestberg, et. al.,* Index No. 651655/2024 (the "Related Cases");

WHEREAS, the parties to the Action believe that judicial economy and the orderly administration of justice would be served if this Action is stayed pending a decision on the forthcoming motion to dismiss in the *General Retirement System* Action;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the respective parties hereto, that:

1. The Action shall be temporarily stayed pending the outcome of the anticipated motion to dismiss in the *General Retirement System* Action.

2. Upon the occurrence of any of the following: (1) the dismissal of the *General Retirement System* Action, with prejudice and exhaustion of all appeals related thereto; (2) the plaintiffs in any of the Related Cases, or other derivative actions, refuse to agree to a stay under similar terms; (3) defendants file an answer in *General Retirement System* Action; or (4) any party hereto gives notice to the other parties that they no longer consent to this temporary stay, the parties shall notify the Court of such occurrence within ten (10) business days. The Action shall remain stayed for another ten (10) business days following such notice to the Court, and during that time the parties shall meet and confer to set a schedule to govern further proceedings in the Action.

3. Notwithstanding this stay of this Action, Plaintiffs may file an amended complaint; however, Defendants shall not be required to move, answer, plead, or otherwise respond to the Complaint or to any other complaint or amended complaint that is filed in or consolidated with the Action during the pendency of this stay.

4. This stay shall apply to any motions, stipulations, or any other related filings pertaining to consolidation of related shareholder derivative actions and/or appointment of lead plaintiff(s) and lead and liaison counsel(s).

5. This Stipulation is without waiver or prejudice to any and all claims, defenses, arguments, motions, requests for a stay, or any requests for other relief that would otherwise be available to the parties in the Action, including but not limited to Defendants' right to move to dismiss this Action, and Plaintiffs' right to oppose any such motion.

6. This matter is administratively pending further order of the Court.

Dated:  April 10, 2024                                                  Respectfully submitted,

| | |
|---|---|
| **THE ROSEN LAW FIRM, P.A.** | **GIBBONS P.C.** |
| | |
| */s/ Erica L. Stone* | */s/ Samuel I. Portnoy* |
| Laurence M. Rosen | Lawrence S. Lustberg |
| One Gateway Center, Suite 2600 | Samuel I. Portnoy |
| Newark, NJ 07102 | Michael V. Caracappa |
| Telephone: (973) 313-1887 | One Gateway Center |
| Facsimile: (973) 833-0399 | Newark, New Jersey 07102-5310 |
| Email: lrosen@rosenlegal.com | Tel: (973) 596-4909 |
| | Email: llustberg@gibbonslaw.com |
| Phillip Kim | Email: sportnoy@gibbonslaw.com |
| Erica L. Stone | Email: mcaracappa@gibbonslaw.com |
| 275 Madison Avenue, 40th Floor | |
| New York, NY 10016 | **JONES DAY** |
| Telephone: (212) 686-1060 | Nidhi (Nina) Yadava (*pro hac vice*) |
| Email: philkim@rosenlegal.com | 250 Vesey Street |
| Email: estone@rosenlegal.com | New York, New York 10281-1047 |
| | Tel: (212) 326-3746 |
| *Lead Counsel for Plaintiffs* | Email: nyadava@jonesday.com |
| | |
| | *Counsel for the Individual Defendants* |
| | |
| **LIFSHITZ LAW PLLC** | **PASHMAN STEIN WALDER HAYDEN, P.C.** |
| Joshua M. Lifshitz | |
| 1190 Broadway | */s/ Brendan M. Walsh* |
| Hewlett, New York 11557 | Brendan M. Walsh |
| Telephone: (516) 493-9780 | 21 Main Street, Suite 200 |
| Facsimile: (516) 280-7376 | Hackensack, NJ 07601 |
| Email: jlifshitz@lifshitzlaw.com | Tel: (201) 270-4948 |
| | Email: bwalsh@pashmanstein.com |
| *Counsel for Plaintiff Andrew Jankowski* | |
| | *Counsel for Nominal Defendant Verizon Communications Inc.* |
| | |
| **SQUITIERI & FEARON, LLP** | |
| Lee Squitieri | |
| 305 Broadway, 7th Floor | |
| New York, New York 10007 | |
| (212) 421-6492 | |
| Email: lee@sfclasslaw.com | |

4

**MOORE LAW, PLLC**
Fletcher Moore
30 Wall Street, 8th Floor
New York, New York 10005
(212) 709-8245
Email: fletcher@fmoorelaw.com

*Counsel for Plaintiff Courtney Moore*

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
Mark C. Rifkin
Matthew M. Guiney (*pro hac vice*)
Kate McGuire (*pro hac vice*)
270 Madison Avenue
New York, New York 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114
Email: rifkin@whafh.com
Email: guiney@whafh.com
Email: mcguire@whafh.com

*Counsel for Plaintiff Janis Turner*

*          *          *

SO ORDERED this __**12th**__ day of __**April**__, 2024

                                      */s/ Edward S. Kiel*
                                      THE HONORABLE EDWARD S. KIEL
                                      UNITED STATES DISTRICT COURT JUDGE